BASIL DIMAS, an Infant, etc., Respondent, v. JOSEPH J. ERDLE and MARTIN B. ERDLE, Doing Business under the Assumed Name of ERDLE BROTHERS, Appellants.— Appeal dismissed, unless appellants shall file and serve printed

papers and printed briefs on appeal by March twelfth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.